UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HANNA KARCHO-POLSELLI,

    Plaintiff,

v.                                    Case No. 08-13218

UNITED STATES OF AMERICA, ET AL.,

    Defendants.
                                                  /

**ORDER ADJOURNING BRIEFING DATES**

On September 10, 2009, the court conducted a telephone conference in the above-captioned case with counsel for both Plaintiff and Defendant. During the conference, Plaintiff's counsel agreed to deliver outstanding discovery to Defendant within three weeks. Both counsel also agreed that the outstanding discovery is not needed to complete briefing on Plaintiff's pending motion for summary judgment. Accordingly,

IT IS ORDERED that Defendant file a response to Plaintiff's July 14, 2009, motion for summary judgment on or before **September 17, 2009**.

IT IS FURTHER ORDERED that Plaintiff file a reply, if any, on or before **September 22, 2009**.[1]

                                                   s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated: September 14, 2009

---

[1] The September 23, 2009, summary judgment hearing will remain scheduled; however, once Defendant files its response, the court may adjourn the hearing.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 14, 2009, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522
